

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00071-CV

| | | |
|---|---|---|
| SYDNEY RAYM F/K/A SYDNEY DETHLOFF, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2019119) |
| V. | § | January 6, 2022 |
| TUPELO MANAGEMENT, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that awards $51,535 in damages, $21,530.78 in a purchase money resulting trust, $70,907.50 in attorney's fees, appellate attorney's fees, and foreclosure of Tupelo Management, LLC's mechanic's lien to the extent of $51,535. We reverse the summary judgment as to the remaining $8,000 and remand for further proceedings consistent with this opinion.

It is further ordered that Appellant Sydney Raym f/k/a Sydney Dethloff shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell